**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

In Re

PATRICK J. SULLIVAN,                                Case Number: 20-23129-GLT

    Debtor,                                         Chapter 11

---

UNITED STATES TRUSTEE,
                                                    Related to Doc. Nos.: 18 & 19
    Movant,

    v.

PATRICK J. SULLIVAN,

    Respondent.

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the <u>United States Trustee's Motion for Extension of Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 and Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)</u> and the <u>Order Scheduling Dates for Response and Hearing on Motion</u> on the parties at the addresses specified below on <u>February 24, 2021</u>. The type of service made was electronic notice using the CM/ECF System/ or U.S. Mail:

Via CM/ECF:

    **Glenn R. Bartifay, Esquire**
    2009 Mackenzie Way
    Suite 100
    Cranberry Township, PA 16066
    Email: gbartifay@bartifaylaw.com

    **Rosemary C. Crawford, Esquire**
    Crawford McDonald, LLC.
    P.O. Box 355
    Allison Park, PA 15101

Via U.S. Mail:

    **Patrick J. Sullivan**
    211 Fawn Ct.
    Pittsburgh, PA 15239

Dated: 02/24/2021          By:    */s/ Jodi L. Hause*
                                            Jodi L. Hause, Trial Attorney
                                            PA ID 90625
                                            Liberty Center, Suite 970
                                            1001 Liberty Avenue
                                            Pittsburgh, Pennsylvania 15222
                                            (412) 644-4756 Telephone
                                            (412) 644-4785 Facsimile
                                            Email: Jodi.Hause@usdoj.gov