Case 20-23129-GLT    Doc 25    Filed 03/18/21    Entered 03/18/21 11:57:56    Desc Main
Document    Page 1 of 1
FILED
3/18/21 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-23129-GLT |
| | : | Chapter: | 7 |
| Patrick J. Sullivan | : | | |
| | : | | |
| | : | Date: | 3/18/2021 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**   #18 - Motion to Extend Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. 727 and Motion to Dismiss Pursuant to 11 U.S.C. 707(b)
    #21 - Response filed by Debtor

**APPEARANCES:**
    Debtor:    Glenn R. Bartifay
    Trustee:    Jodi Hause

**NOTES:** (9:30)

Court: The United States Trustee obtained what information it needed and has decided not to file an objection to discharge?

Hause: That's correct. The debtor filed an amended schedule I yesterday as well.

Court: Anything further?

Hause and Bartifay: No, your honor.

**OUTCOME:**

1. Trustee's *Motion to Extend Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. 727 and Motion to Dismiss Pursuant to 11 U.S.C. 707(b)* [Dkt. No. 18] is DENIED as withdrawn. [DB to Issue Proposed Order at Dkt. No. 23-1, but strike paragraph #2 (cancelling the hearing).]

**DATED:** 3/18/2021