**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patrick J. Sullivan** | Social Security number or ITIN   xxx–xx–6849 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–23129–GLT**

# Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick J. Sullivan

3/18/21                                             **By the court:**   Gregory L. Taddonio
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patrick J. Sullivan  
    Debtor

Case No. 20-23129-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 3  
Date Rcvd: Mar 18, 2021      Form ID: 318      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick J. Sullivan, 211 Fawn Ct., Pittsburgh, PA 15239-2557 |
| 15307231 | + | Angela M. Quattrone, 211 Fawn Ct., Pittsburgh, PA 15239-2557 |
| 15307232 | + | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15307235 | + | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 15307236 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 15307239 | + | Continental Central Credit, Inc., 5611 Palmer Way, Suite G, Carlsbad, CA 92010-7253 |
| 15307241 | + | Doug Kazmierczak, 6411 Dedi Dr., Lockport, NY 14094-8949 |
| 15307237 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15307243 | | Kelly Valentine, 131 Wellworth Place, Buffalo, NY 14225-3318 |
| 15307244 | + | Kyle Calabrese, Esquire, 97 Lake St., Hamburg, NY 14075-4833 |
| 15307248 | + | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15307251 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 15307256 | + | Syncb/walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15307257 | + | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 15307258 | + | Tbom/contfin, Pob 8099, Newark, DE 19714-8099 |
| 15307260 | + | Usaa Fed Svng/nationst, 350 Highland, Houston, TX 77009-6623 |
| 15307263 | + | Vistana Vacation Owner, 9002 San Marco Ct, Orlando, FL 32819-8600 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Mar 19 2021 03:18:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Mar 19 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 19 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15307230 | + | EDI: AMEREXPR.COM | Mar 19 2021 03:18:00 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15307240 | | Email/Text: customercareus@creditcorpsolutionsinc.com | | |

Case 20-23129-GLT    Doc 28    Filed 03/20/21    Entered 03/21/21 00:32:42    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 318 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Mar 19 2021 03:46:00 | Credit Corp Solutions Inc., 63 East 11400 South #408, Sandy, UT 84070 |
| 15307247 | | EDI: CBSAAFES.COM | Mar 19 2021 03:18:00 | Military Star, 3911 Walton Walker, Dallas, TX 75266 |
| 15307233 | + | EDI: CAPITALONE.COM | Mar 19 2021 03:18:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15307234 | + | EDI: PHINGENESIS | Mar 19 2021 03:19:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15307238 | + | EDI: CITICORP.COM | Mar 19 2021 03:18:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15307245 | + | Email/Text: bankruptcy@lightstream.com | Mar 19 2021 03:48:00 | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3201 |
| 15307246 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2021 02:47:01 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15307249 | + | EDI: NFCU.COM | Mar 19 2021 03:19:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 15307250 | + | Email/Text: paparalegals@pandf.us | Mar 19 2021 03:48:00 | Patenaude & Felix APC, 501 Corporate Dr., Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |
| 15307252 | + | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Syncb/husqvarna Consum, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15307253 | + | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Syncb/netwrk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15307254 | + | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15307255 | + | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15307412 | + | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15307259 | | Email/Text: bkcollect@summitfcu.org | Mar 19 2021 03:47:00 | The Summit Federal Credit Union, 100 Marina Dr, Rochester, NY 14626 |
| 15307261 | | EDI: USAA.COM | Mar 19 2021 03:18:00 | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15307262 | + | EDI: USAA.COM | Mar 19 2021 03:18:00 | Usaa Savings Bank, 10750 McDermott, San Antonio, TX 78288-1600 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | USAA Federal Savings Bank |
| 15307242 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, Fsb-blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: Mar 18, 2021 | Form ID: 318 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
    on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com

Glenn R. Bartifay
    on behalf of Debtor Patrick J. Sullivan gbartifay@bartifaylaw.com
    sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 5