FILED
3/18/21 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re

PATRICK J. SULLIVAN,                    Case Number: 20-23129-GLT

Debtor,                                  Chapter 11

UNITED STATES TRUSTEE,                  Related to Doc. Nos.: 18, 19, 21, 22 & 23

Movant,                                  Hearing Date & Time:
                                         **March 18, 2021 at 9:30 a.m.**
v.

PATRICK J. SULLIVAN,

Respondent.

## ORDER OF COURT

**AND NOW**, this 18th Day of March, 2021, upon consideration of the United States Trustee's Motion for Extension of Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 and Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) (the "Motion") [Dkt. No. 18], filed on February 19, 2021, the Debtor's Response to the United States Trustee's Motion for Extension of Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 and Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) [Dkt. No. 20], filed on March 12, 2021, after the United States Trustee receiving additional information concerning the Debtor's financial circumstances, and with the consent of the parties, it is hereby ORDERED that:

1. The United States Trustee's Motion is withdrawn.

By the Court,

_____
GREGORY L. TADDONIO
U.S. Bankruptcy Judge

Consented to by:

*/s/ Jodi L. Hause*
Jodi L. Hause, Esquire
Attorney for the United States Trustee


*/s/ Glenn R. Bartifay*
Glenn R. Bartifay, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23129-GLT |
| Patrick J. Sullivan | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patrick J. Sullivan, 211 Fawn Ct., Pittsburgh, PA 15239-2557 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Patrick J. Sullivan gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

District/off: 0315-2 User: dkam Page 2 of 2
Date Rcvd: Mar 18, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5